IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:12-CV-338-WKW |
| | ) |
| NAPIER FIELD POLICE | ) |
| DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# RECOMMENDATION OF THE MAGISTRATE JUDGE

By order entered on May 9, 2012, this court denied Plaintiff's motion to proceed *in forma pauperis* in this action and directed Plaintiff to pay the civil action filing fee on or before May 16, 2012. The court warned Plaintiff that if she failed to pay the filing fee within the time allowed, this action may be dismissed. Order (Doc. #5). In the absence of an order allowing her to proceed *in forma pauperis*, Plaintiff must pay the civil action filing fee. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff has not paid the filing fee and thus, this case is properly dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED without prejudice due to Plaintiff's failure to pay the filing fee within the time allowed by the court. Further, it is

ORDERED that on or before **June 4, 2012**, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the

Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Resolution Trust Co. v. Hallmark Builders*, *Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

Done this 21st day of May, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE