IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,                     )
                                         )
                Plaintiff,               )
                                         )
        v.                               )      CASE NO. 1:12-CV-338-WKW
                                         )
NAPIER FIELD POLICE                      )
DEPARTMENT, CHARLES                      )
DUNCAN, CHIEF SMITH, and                 )
DEBRA MIMES,                             )
                                         )
                Defendants.              )

## ORDER

On May 21, 2012, the Magistrate Judge filed a Recommendation (Doc. # 9) regarding Plaintiff's failure to pay the civil action filing fee.  No timely objections have been filed.  Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.      the Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED; and

2.      this case is DISMISSED without prejudice due to Plaintiff's failure to pay the civil action filing fee within the time allowed by the court.

A separate final judgment will be entered.

DONE this 5th day of June, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE